B1 (Official Form 1) (4/10)

| UNITED STATES BANKRUPTCY COURT<br>District of Delaware | VOLUNTARY PETITION |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Signature Styles Gift Cards, LLC | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>27-0328699 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>5000 City Line Road<br>Hampton, Virginia    ZIP CODE 23620 | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

**Type of Debtor** (Form of Organization) (Check one box.)

- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity** (Check box, if applicable.)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or house-hold purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box.)

- ☑ Full Filing Fee attached.
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☐ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☑ Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☑ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☑ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** _(This page must be completed and filed in every case.)_ | Name of Debtor(s): Signature Styles Gift Cards, LLC | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed:  None | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: See Schedule 1 attached hereto | Case Number: | Date Filed: |
| District: District of Delaware | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐  Exhibit A is attached and made a part of this petition. | X _____<br>Signature of Attorney for Debtor(s)       (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐    Yes, and Exhibit C is attached and made a part of this petition.

☑    No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐    Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐    Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor – Venue**
(Check any applicable box.)

☑    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☑    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐    Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** *(This page must be completed and filed in every case.)* | **Name of Debtor(s):** Signature Styles Gift Cards, LLC |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
 Signature of Debtor

X _____
 Signature of Joint Debtor

 _____
 Telephone Number (if not represented by attorney)

 _____
 Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
 (Signature of Foreign Representative)

 _____
 (Printed Name of Foreign Representative)

 _____
 Date

| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
|---|---|

**Signature of Attorney\***

X */s/ Christopher A. Ward*
 Signature of Attorney for Debtor(s)
 Christopher A. Ward
 Printed Name of Attorney for Debtor(s)
 Polsinelli Shughart PC
 Firm Name
 222 Delaware Avenue, Suite 1101
 Wilmington, Delaware 19801
 Address
 (302) 252-0920
 Telephone Number
 06/06/2011
 Date

\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____

_____
Address

X _____

_____
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X */s/ Robert Angart*
 Signature of Authorized Individual
 Robert Angart
 Printed Name of Authorized Individual
 Chief Restructuring Officer
 Title of Authorized Individual
 06/06/2011
 Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

## Schedule 1 to the Voluntary Petition

Pending Bankruptcy Cases Filed by any Spouse, Partner or Affiliate of this Debtor:

On the date hereof, each of the affiliated entities listed below (including the Debtor in this chapter 11 case) filed a voluntary petition for relief under chapter 11 of the Title 11 of the United States Code in the United States Bankruptcy Court for the District of Delaware.

**Signature Styles, LLC**

**Signature Styles Gift Cards, LLC**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Signature Styles, LLC, *et al.*,[1] | ) | Case No. 11-_____ (___) |
| a Delaware limited liability company, | ) | |
| | ) | Joint Administration Pending |
| Debtors. | ) | |

## ATTACHMENTS FILED WITH CHAPTER 11 PETITIONS

ATTACHMENT A: CONSOLIDATED LIST OF 20 LARGEST UNSECURED CREDITORS

ATTACHMENT B: CORPORATE RESOLUTIONS OF SIGNATURE STYLES, LLC

ATTACHMENT C: CORPORATE RESOLUTIONS OF SIGNATURE STYLES GIFT CARDS, LLC

ATTACHMENT D: LIST OF EQUITY SECURITY HOLDERS

---

[1] The Debtors in these chapter 11 cases, the last four digits of each tax identification number, and their respective case numbers are: Signature Styles, LLC (4502) (Case No. _____) and Signature Styles Gift Cards, LLC (8699) (Case No. _____). The location of the Debtors' corporate headquarters is: 711 Third Avenue, 4th Floor, New York, New York 10017.

## ATTACHMENT A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

In re: ) Chapter 11
)
Signature Styles, LLC, *et al.*,[1] ) Case No. 11-_____ (___)
   a Delaware limited liability company, )
) Joint Administration Pending
Debtors. )

## *CONSOLIDATED LIST OF CREDITORS HOLDING*
## *20 LARGEST UNSECURED CLAIMS*

Following is the list of the Debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Rule 1007(d) of the Federal Rules of Bankruptcy Procedure for filing in this chapter 11 case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of Creditor, and Complete Mailing Address Including Zip Code | Name, Telephone Number and Complete Mailing Address, Including Zip Code, of Employee Agent, or Department of Creditor Familiar With Claim Who May Be Contacted | Nature of Claim (Trade Debt, Bank Loan, Government Contract, etc.) | Indicate if Claim is Contingent, Unliquidated, Disputed or Subject to Set-Off | Amount of Claim (If Secured Also State Value of Security) |
|---|---|---|---|---|
| GOULD PAPER COMPANY | 3973 WOODS EDGE DR DAVIDSONVILLE, MD 21035 Telephone: (410) 798-1349 Facsimile: (410) 798-0896 | Trade | | $1,326,570 |
| GOOGLE AFFILIATE NETWORK INC | DEPARTMENT 33654, PO BOX 39000 SAN FRANCISCO, CA 94139 Telephone: (212) 565-4869 Facsimile: (650) 253-8616 hema@google.com | Trade | | $850,792 |

---

[1] The Debtors in these chapter 11 cases, the last four digits of each tax identification number, and their respective case numbers are: Signature Styles, LLC (4502) (Case No. _____) and Signature Styles Gift Cards, LLC (8699) (Case No. _____). The location of the Debtors' corporate headquarters is: 711 Third Avenue, 4th Floor, New York, New York 10017.

| | | | | |
|---|---|---|---|---|
| HEARST DIGITAL MEDIA | 300 WEST 57TH ST<br>NEW YORK, NY 10019<br>Telephone: (212) 649-2059<br>Facsimile: (646) 280-2059 | Trade | | $618,222 |
| FORTUNE FOOTWEAR INC | 174 HUDSON ST, 3RD FL<br>NEW YORK, NY 10013<br>Telephone: (212) 431-8400<br>Facsimile: (212) 431-9480 | Trade | | $438,083 |
| DISTRIBUIDORA | TROPISOL S.A. DE C.V.,<br>CALLE 8 BUS 5TH 6TH<br>FLOOR, FRACC<br>INDUSTRIAL ALCE<br>BLANCO<br>NAUCALPAN, MEXICO<br>CP53370<br>Telephone: 52-55-5359-<br>0707<br>no fax avail<br>BGUILLEN@TROPISOL.COM | Trade | | $342,854 |
| EXPERIAN MARKETING<br>SERVICES | 955 AMERICAN LANE<br>SCHAUMBURG, IL<br>60173<br>Telephone: (224) 698-5600<br>Facsimile: (224) 698-5888 | Trade | | $338,284 |
| NETMINING LLC | 915 BROADWAY, SUITE<br>1301<br>NEW YORK, NY 10010<br>Telephone: (212) 991-4309<br>Facsimile: (212) 208-4523 | Trade | | $305,521 |
| FRY INC | 650 AVIS DR<br>ANN ARBOR, MI 48108<br>Telephone: (800) 379-6858<br>Facsimile: (734) 769-0810 | Trade | | $288,701 |
| X+1 | BOX 83111<br>WOBURN, MA 01813<br>Telephone: (203) 663-4321<br>Facsimile: (203) 299-1820 | Trade | | $216,981 |
| QUAD GRAPHICS INC | PO BOX 930505<br>ATLANTA, GA 31193<br>Telephone: (414) 566-2194<br>Facsimile: (414) 566-9415 | Trade | | $193,029 |
| SEELER INC | 21 SAGAMORE LANE<br>DIX HILLS, NY 11746<br>Telephone: (631) 643-5714<br>Facsimile: (631) 643-5715 | Trade | | $187,791 |
| DEDICATED MARKETING<br>SOLUTIONS | 250 FIFTH AVE, SUITE<br>501<br>NEW YORK, NY 10001<br>Telephone: (212) 686-9300<br>Facsimile: (646) 924-3807 | Trade | | $176,374 |

| | | | | |
|---|---|---|---|---|
| FORD MODELS INC | 111 FIFTH AVE, 9TH FLOOR<br>NEW YORK, NY 10003<br>Telephone: (212) 219-6523<br>Facsimile: (646) 786-4190 | Trade | | $172,661 |
| DONNELLEY RECEIVABLES INC | 99 PARK AVE<br>NEW YORK, NY 10016<br>Telephone: (212) 503-1450<br>Facsimile: (212) 503-1344 | Trade | | $170,014 |
| COHEN PONTANI LIEBERMAN | 551 FIFTH AVE., SUITE 1210<br>NEW YORK, NY 10176<br>Telephone: (212) 687-2770<br>Facsimile: (212) 972-5487 | Services | | $166,921 |
| CHANNEL INTELLIGENCE INC | PO BOX 534351<br>ATLANTA, GA 30353<br>Telephone: (321) 559-2300<br>Facsimile: (407) 641-9068 | Trade | | $153,399 |
| CACHET IND. INC. | 1400 BROADWAY<br>NEW YORK, NY 10018<br>Telephone: (212) 944-2188<br>Facsimile: (212) 398-6694 | Trade | | $138,041 |
| MAGS INTERNATIONAL SOURCING LT | UNIT6,9/F BLK 2<br>ENTERPRISE S 9<br>SHEUNG YUET RD,<br>KOWLLON BAY<br>KOWLOON, HK<br>CHINA<br>Telephone: (8522) 305-7208<br>Facsimile: (8522) 305-3499<br>ALEX_LI@MAGS.COM.HK | Trade | | $131,732 |
| CA INC | ONE CA PLAZA<br>ISLANDIA, NY 11749<br>Telephone: (631) 342-6000<br>Facsimile: (631) 342-6800 | Trade | | $125,203 |
| PM DIGITAL | 5 HANOVER SQUARE -<br>6TH FLOOR<br>NEW YORK, NY 10004<br>Telephone: (212) 387-0300<br>Facsimile: (212) 387-7647 | Trade | | $120,296 |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Signature Styles, LLC, *et al.*,[1] | ) | Case No. 11-_____ (___) |
|     a Delaware limited liability company, | ) | |
| | ) | Joint Administration Pending |
| Debtors. | ) | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

        I, Robert Angart, Chief Restructuring Officer of Signature Styles, LLC and Signature Styles Gift Cards, LLC, declare under penalty of perjury that I have reviewed the Consolidated List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my knowledge, information and belief.

Dated: June 6, 2011

*/s/ Robert Angart*_____

Name:  Robert Angart

Title:   Chief Restructuring Officer

---

[1] The Debtors in these chapter 11 cases, the last four digits of each tax identification number, and their respective case numbers are: Signature Styles, LLC (4502) (Case No. _____) and Signature Styles Gift Cards, LLC (8699) (Case No. _____). The location of the Debtors' corporate headquarters is: 711 Third Avenue, 4th Floor, New York, New York 10017.

## ATTACHMENT B

## UNANIMOUS WRITTEN CONSENT OF MEMBERS
## OF SIGNATURE STYLES, LLC

Pursuant to Section 18-302(d) of the Limited Liability Company Act of the State of Delaware and Section 5.13 of the Limited Liability Company Agreement of Signature Styles, LLC, a Delaware limited liability company (the "**Company**"), the undersigned being the manager of Zohar III, Limited, the sole member (the "**Sole Member**") of the Company, hereby waives any requirements for calling, giving notice of, and holding a special meeting and, in lieu of such meeting, does hereby consent to, approve and adopt the following resolutions:

WHEREAS, the Sole Member has considered the financial and operational aspects of the Company's business; and

WHEREAS, the Sole Member has reviewed the historical performance of the Company, the market for the Company's services, and the current and long-term liabilities of the Company; and; therefore, it is hereby

RESOLVED, that in the judgment of the Sole Member, it is desirable and in the best interests of the Company and all of its creditors in order to maximize the value of the Company that the Company file a voluntary petition for relief under the provisions of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"); and it is further

RESOLVED, that the manager of the Sole Member, be and hereby is, authorized and empowered on behalf of, and in the name of, the Company to authorize the Chief Restructuring Officer to execute and verify a petition (the "**Petition**") under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") at such time as said authorized officers executing the same shall determine, and such manager is hereby authorized to determine, the appropriate time for filing the Petition; and it is further

RESOLVED, that the manager of the Sole Member, be and hereby is, authorized and empowered on behalf of, and in the name of, the Company to authorize the Chief Restructuring Officer to execute and file all petitions, schedules, statements, lists, and other papers, as required by applicable law, including any post-petition financing documents, and to take any and all actions that any of the authorized officers may deem necessary, proper or desirable in connection with the bankruptcy case (the "**Case**"), with a view to the successful prosecution and administration of the Case and in furtherance of these resolutions; and it is further

RESOLVED, that POLSINELLI SHUGHART PC be, and hereby is, employed as counsel for the Company under a general renewing retainer to assist the Company in preparing for, and to represent the Company in, the Case; and it is further

RESOLVED, that the manager of the Sole Member, be and hereby is, authorized and empowered on behalf of, and in the name of, the Company to authorize the Chief Restructuring Officer to retain and employ other attorneys, investment bankers, accountants, financial advisers and other professionals to assist in the Case on such terms as are deemed necessary, proper or

1982851.1

desirable, and are authorized to execute any documents necessary to effectuate such retentions; and it is further

RESOLVED, that all acts and transactions relating to matters contemplated by the foregoing resolutions, in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified, including entry into any debtor in possession financing; and it is further

RESOLVED, that this action is the written consent of the Sole Member of the Company and is effective as of the date set forth below.

Dated: June 6, 2011

> ZOHAR III, LIMITED,
> as the sole member
>
> By: Patriarch Partners XV, LLC,
> its Collateral Manager
>
> By: _____*/s/ Lynn Tilton*_____
> Lynn Tilton
> Manager

1982851.1

**ATTACHMENT C**

## UNANIMOUS WRITTEN CONSENT OF MEMBERS
## OF SIGNATURE STYLES GIFT CARDS, LLC

Pursuant to Section 18-302(d) of the Limited Liability Company Act of the State of Delaware and Section 5.13 of the Limited Liability Company Agreement of Signature Styles Gift Cards, LLC, a Delaware limited liability company (the "**Company**"), the undersigned being the manager of Zohar III, Limited, the sole member (the "**Sole Member**") of the Company, hereby waives any requirements for calling, giving notice of, and holding a special meeting and, in lieu of such meeting, does hereby consent to, approve and adopt the following resolutions:

WHEREAS, the Sole Member has considered the financial and operational aspects of the Company's business; and

WHEREAS, the Sole Member has reviewed the historical performance of the Company, the market for the Company's services, and the current and long-term liabilities of the Company; and; therefore, it is hereby

RESOLVED, that in the judgment of the Sole Member, it is desirable and in the best interests of the Company and all of its creditors in order to maximize the value of the Company that the Company file a voluntary petition for relief under the provisions of chapter 11 of Title 11 of the United States Code (the "**Bankruptcy Code**"); and it is further

RESOLVED, that the manager of the Sole Member, be and hereby is, authorized and empowered on behalf of, and in the name of, the Company to authorize the Chief Restructuring Officer to execute and verify a petition (the "**Petition**") under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**") at such time as said authorized officers executing the same shall determine, and such manager is hereby authorized to determine, the appropriate time for filing the Petition; and it is further

RESOLVED, that the manager of the Sole Member, be and hereby is, authorized and empowered on behalf of, and in the name of, the Company to authorize the Chief Restructuring Officer to execute and file all petitions, schedules, statements, lists, and other papers, as required by applicable law, including any post-petition financing documents, and to take any and all actions that any of the authorized officers may deem necessary, proper or desirable in connection with the bankruptcy case (the "**Case**"), with a view to the successful prosecution and administration of the Case and in furtherance of these resolutions; and it is further

RESOLVED, that POLSINELLI SHUGHART PC be, and hereby is, employed as counsel for the Company under a general renewing retainer to assist the Company in preparing for, and to represent the Company in, the Case; and it is further

RESOLVED, that the manager of the Sole Member, be and hereby is, authorized and empowered on behalf of, and in the name of, the Company to authorize the Chief Restructuring Officer to retain and employ other attorneys, investment bankers, accountants, financial advisers and other professionals to assist in the Case on such terms as are deemed necessary, proper or

desirable, and are authorized to execute any documents necessary to effectuate such retentions; and it is further

RESOLVED, that all acts and transactions relating to matters contemplated by the foregoing resolutions, in the name of and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified, including entry into any debtor in possession financing; and it is further

RESOLVED, that this action is the written consent of the Sole Member of the Company and is effective as of the date set forth below.

Dated: June 6, 2011

> ZOHAR III, LIMITED,
> as the sole member
>
> By: Patriarch Partners XV, LLC,
> its Collateral Manager
>
> By: _____*/s/ Lynn Tilton*_____
> Lynn Tilton
> Manager

**ATTACHMENT D**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Signature Styles, LLC, *et al.*,[1] | ) | Case No. 11-_____ (___) |
|     a Delaware limited liability company, | ) | |
| | ) | Joint Administration Pending |
|         Debtors. | ) | |

### *LIST OF EQUITY SECURITY HOLDERS*

| Name and Address of Equity Holders | Interest |
|---|---|
| Zohar III, Limited | 100% |

---

[1] The Debtors in these chapter 11 cases, the last four digits of each tax identification number, and their respective case numbers are: Signature Styles, LLC (4502) (Case No. _____) and Signature Styles Gift Cards, LLC (8699) (Case No. _____). The location of the Debtors' corporate headquarters is: 711 Third Avenue, 4th Floor, New York, New York 10017.

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| Signature Styles, LLC, *et al.*,[1] <br>     a Delaware limited liability company, | Case No. 11-_____ (___) <br><br> Joint Administration Pending |
| Debtors. | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION

I, Robert Angart, Chief Restructuring Officer of Signature Styles Gift Cards, LLC, declare under penalty of perjury that I have reviewed the List of Equity Security Holders and that it is true and correct to the best of my knowledge, information and belief.

Dated: June 6, 2011

*/s/ Robert Angart*

Name: Robert Angart
Title: Chief Restructuring Officer

---

[1] The Debtors in these chapter 11 cases, the last four digits of each tax identification number, and their respective case numbers are: Signature Styles, LLC (4502) (Case No. _____) and Signature Styles Gift Cards, LLC (8699) (Case No. _____). The location of the Debtors' corporate headquarters is: 711 Third Avenue, 4th Floor, New York, New York 10017.